

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No. 08-19-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| | § | of El Paso County, Texas |
| ALBERTO ENRIQUE HERNANDEZ AND REYNALDO AARON MORALES, | § | (TC# 2017-CCV01809) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the part of the judgment awarding attorney's fees of $14,007.50. We therefore reverse that part of the judgment of the court below and render judgment striking the attorney's fees award of $14,007.50.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Appellees recover from Appellant all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.